This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v. **No. 35,350**

**JERRY CAPPS,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF EDDY COUNTY**
**Lisa B. Riley, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
Laurie Blevins, Assistant Attorney General
Albuquerque, NM

for Appellee

L. Helen Bennett, P.C.
L. Helen Bennett
Albuquerque, NM

for Appellant

## MEMORANDUM OPINION

**VIGIL, Judge.**

{1}     Defendant appeals his judgment and sentence following conviction of two

counts of possession of a controlled substance, challenging the district court's calculation of credit for presentence confinement. This Court's second notice of proposed summary disposition proposed to hold that Defendant was entitled to presentence confinement credit for seventy days that were omitted from the calculation below. [2CN 3] In response, the State has filed a notice that it concurs in that proposed disposition. We, therefore, reverse the sentence entered below and remand this case to the district court for the purpose of recalculating Defendant's presentence confinement and entering a new sentence, in accordance with NMSA 1978, Section 31-20-12 (1977).

{2}     **IT IS SO ORDERED.**


_____
**MICHAEL E. VIGIL, Judge**


**WE CONCUR:**


_____
**JAMES J. WECHSLER, Judge**


_____
**STEPHEN G. FRENCH, Judge**